IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00376-WDM-CBS

AMERICAN NATIONAL INSURANCE COMPANY,

    Plaintiff,

v.

UNITED STATES FIDELITY AND GUARANTY COMPANY,
NATIONAL FIRE & MARINE INSURANCE COMPANY AND
ASSURANCE COMPANY OF AMERICA, a/k/a ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

---

**NOTICE OF DISMISSAL OF ASSURANCE COMPANY OF AMERICA ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice as to Assurance Company of America only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on September 29, 2008.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States Senior District Judge

PDF FINAL