IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.  08-cv-00376-WDM

AMERICAN NATIONAL INSURANCE COMPANY,

     Plaintiff,

v.

UNITED STATES FIDELITY AND GUARANTY COMPANY, and
NATIONAL FIRE & MARINE INSURANCE COMPANY,

     Defendants.

---

## NOTICE OF DISMISSAL

---

     The court takes judicial notice that American National and National have filed a

Stipulation to Dismiss With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2), and

American National and USF&G have filed a joint, stipulated motion to dismiss with

prejudice.  Accordingly, the complaint is dismissed with prejudice, each party to pay his

or its own costs and attorneys' fees.

     DATED at Denver, Colorado, on February 9, 2009.

                    BY THE COURT:


                    s/ Walker D. Miller
                    United States Senior District Judge